JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BRYAN BYRD

## DEFENDANTS
MICHAEL T. MAYES and CELADON TRUCKING SERVICES, INC.

(b) County of Residence of First Listed Plaintiff    Fort Bend County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Floyd County, Kentucky
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Brian L. Jensen, B.L. Jensen, L.P., 6750 West Loop South, Suite 800,
Bellaire, Texas  77401

Attorneys *(If Known)*
Ronald L. Bair, BairHilty, P.C., 14711 Pebble Bend Drive, Houston,
Texas 77068; (713) 862-5599.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
     Plaintiff
- ☐ 2  U.S. Government
     Defendant
- ☐ 3  Federal Question
     *(U.S. Government Not a Party)*
- ☒ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability  ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Pharmaceutical | | ☐ 820 Copyrights | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander  Personal Injury | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability  ☐ 368 Asbestos Personal | | | Corrupt Organizations |
| Student Loans | ☐ 340 Marine  Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product  Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability  **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☒ 350 Motor Vehicle  ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability  ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal  Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury  ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury -  Product Liability | Leave Act | | Act |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights  **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting  ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment  ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/  Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations  ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment  **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other  ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education  ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original
     Proceeding
- ☒ 2 Removed from
     State Court
- ☐ 3 Remanded from
     Appellate Court
- ☐ 4 Reinstated or
     Reopened
- ☐ 5 Transferred from
     Another District
     *(specify)*
- ☐ 6 Multidistrict
     Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Action in which Plaintiff alleges he was injured in collision with Celadon Trucking Services, Inc. veh. by Mayes

## VII. REQUESTED IN
COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
100,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S)
IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   9-24-15

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRYAN BYRD, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| MICHAEL T. MAYES and | § | |
| CELADON TRUCKING SERVICES, INC., | § | |
| *Defendants* | § | CIVIL ACTION NO. _____ |
| | § | JURY REQUESTED |
| | § | |

## DEFENDANTS' NOTICE OF REMOVAL
## OF CIVIL ACTION

COMES the Defendants Celadon Trucking Services, Inc. and Michael T. Mayes, (hereinafter referred to as "Defendants"), and file this Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

1.     The Plaintiff, Bryan Byrd ("Plaintiff"), filed the Plaintiff's Original Petition on August 19, 2015 in the Fort Bend County District Court which is within the Houston Division of the United States District Court for the Southern District of Texas. Under 28 U.S.C. § 1446(a), removal to this Division of this District is proper.

2.     In the Original Petition Plaintiff alleges that on or about July 23, 2015, Defendant Michael T. Mayes ("Mayes"), allegedly an employee of Celadon Trucking Services, Inc. ("Celadon"), acting in the course and scope of his employment, operated a vehicle in a negligent manner causing an accident in which the Plaintiff was allegedly injured. Plaintiff claims to have sustained bodily injuries and is seeking to recover (a) physical pain and mental anguish in the past, including the element of loss of enjoyment of life; (b) physical pain and mental anguish in the future,

1

including the element of loss of enjoyment of life; (c) physical impairment in the past, including the element of loss of enjoyment of life; (d) physical impairment in the future, including the element of loss of enjoyment of life; (e) loss of earning capacity in the past; (f) loss of earning capacity in the future; (g) medical expenses in the past; and (h) medical expenses in the future from both Defendants, and pre and post judgment interest. The Plaintiff's Original Petition alleges damages of $100,000 or less.

      3.      The State Court's Docket Sheet is attached as Exhibit "A".

      4.      A copy of Plaintiff's Original Petition is attached hereto as Exhibit "B."

      5.      Citations were issued to Celadon by certified mail August 20, 2015 through National Corporate Research, Ltd., and to Mayes by certified mail August 20, 2015 through the Chairman of the Texas Transportation Commission. See Certificates of Delivery by Certified Mail and Notice of Service of Process, attached hereto as Exhibit "C."

      6.      On or about September 11, 2015, Defendants filed an Original Answer, a copy of which is attached hereto as Exhibit "D," and served a copy of said Answer upon counsel for the Plaintiff in this Action by facsimile transmission.

      7.      A list of counsel and the parties they represent is attached as Exhibit "E".

      8.      Plaintiff is an individual and a resident and citizen of the State of Texas.

      9.      Celadon is a corporation incorporated in the State of Indiana with its principal place of business in Indianapolis, Indiana.

      10.      Mayes is an individual and is a resident and citizen of the State of Kentucky.

      11.      This Notice of Removal is timely as it was filed within the 30 day time period required under 28 U.S.C. § 1446(b).

10.     The Action is one which may be removed to this Court by the Defendants pursuant to 28 U.S.C. §§ 1441 and 1446, and over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, in that diversity of citizenship exists between the Plaintiff and the Defendants hereto, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11.     All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

12.     Venue is proper in this District under 28 U.S.C. §1441(a) because the state court where the action has been pending is located within this District.

13.     Defendants will promptly file a copy of this Notice of Removal with the Clerk of the state court where the action has been pending.

14.     Plaintiff demanded a jury in the state court action.

15.     On or about the date of this filing, Defendants served upon counsel for the Plaintiff a copy of the "Defendants' Notice of Removal of Civil Action."

WHEREFORE, the Defendants CELADON TRUCKING SERVICES, INC. and MICHAEL T. MAYES, by counsel, requests that this Court remove the action from the Fort Bend County District Court to The United States District Court for the Southern District of Texas Houston Division.

3

Respectfully submitted,

**BAIRHILTY, P.C.**

/s/Ronald L. Bair
TBN: 01554900
FBN: 6173
14711 Pebble Bend Drive
Houston, Texas  77068-2923
Telephone:  (713) 862-5599
Facsimile:   (713) 868-9444
Email: ahilty@bairhilty.com
**ATTORNEY FOR DEFENDANTS,**
**CELADON TRUCKING SERVICES, INC.**
**AND MICHAEL T. MAYES**

**OF COUNSEL:**
Wendi R. Ervin
TBN: 06651220
FBN: 13873
14711 Pebble Bend Drive
Houston, Texas  77068
Telephone:  (713)862-5599
Facsimile:   (713)868-9444
Email: wervin@bairhilty.com
**ATTORNEY FOR DEFENDANT,**
**CELADON TRUCKING SERVICES, INC.**
**AND MICHAEL T. MAYES**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per S. Dist. Tex. Loc. R. LR5.1 on the 24th day of September, 2015.  A true and correct copy of the foregoing Defendants Notice of Removal was served upon counsel of record in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery and/or U.S. Mail on this the 24th day of September, 2015.

/s/ Ronald L. Bair
RONALD L. BAIR

4