IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BRYAN BYRD, §
*Plaintiff* §
§
VS. §
§
MICHAEL T. MAYES and §
CELADON TRUCKING SERVICES, INC., §
*Defendants* § CIVIL ACTION NO. _____
§ JURY REQUESTED
§

## LIST OF EXHIBITS TO NOTICE OF REMOVAL

| Exhibit | Document Title |
|---|---|
| A. | Docket Sheet |
| B. | Plaintiff's Original Petition (Certified) |
| C. | Citations and Notices of Delivery by Certified Mail (Certified) |
| D. | Defendants Celadon Trucking Services, Inc. and Michael T. Mayes' Original Answer to Plaintiff's Original Petition, Request for Disclosure & Jury Demand (Certified) |
| E. | List of Parties. |

RESPECTFULLY SUBMITTED,

BAIRHILTY, P.C.

/s/Ronald L. Bair
TBN: 01554900
FBN: 6173
14711 Pebble Bend Drive
Houston, Texas 77068-2923
Telephone: (713) 862-5599
Facsimile: (713) 868-9444
Email: ahilty@bairhilty.com
**ATTORNEY FOR DEFENDANTS,
CELADON TRUCKING SERVICES, INC.
AND MICHAEL T. MAYES**

**OF COUNSEL:**
Wendi R. Ervin
TBN: 06651220
FBN: 13873
14711 Pebble Bend Drive
Houston, Texas 77068
Telephone: (713)862-5599
Facsimile: (713)868-9444
Email: wervin@bairhilty.com
**ATTORNEY FOR DEFENDANT,
CELADON TRUCKING SERVICES, INC.
AND MICHAEL T. MAYES**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per S. Dist. Tex. Loc. R. LR5.1 on the 24th day of September, 2015. A true and correct copy of the foregoing Defendants Notice of Removal was served upon counsel of record in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery and/or U.S. Mail on this the 24th day of September, 2015.

/s/ Ronald L. Bair
RONALD L. BAIR