# DOCKET

CAUSE NO. 15-DCV-225745

| COURT NO. | STYLE OF CASE | ATTORNEYS | TYPE OF ACTION | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | MONTH | DAY | YEAR |
| 240TH JUDICIAL DISTRICT COURT | BYRAN BYRD VS MICHAEL T MAYES AND CELADON TRUCKING SERVICES, INC. | BRIAN L JENSEN | Injury or Damage Involving Motor Vehicle | 08/19/2015 | | |
| STENOGRAPHER USED? | | B L JENSEN LP 6750 WEST LOOP SOUTH SUITE 800 BELLAIRE TX 77401 | | JURY FEE: $30.00  08/19/2015 | | |
| YES | NO | | | PAID BY: Pltf Atty- Brian L Jensen | | |
| | | 224-550-0000 | | | | |

## ORDERS OF COURT

| DATE OF ORDERS | | | |
|---|---|---|---|
| MONTH | DAY | YEAR | |

15-DCV-225745
DOSH
Docket sheet
3729942


DEFENDANT'S EXHIBIT
A

CAUSE NO. 15-DCV-225745
BYRAN BYRD VS MICHAEL T MAYES AND CELADON TRUCKING SERVICES, INC.

| DATE OF ORDERS | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas.

This 12 day of September 2015

ANNIE REBECCA ELLIOTT, DISTRICT CLERK

By _____ Deputy

Zenobio "Sonny" Garcia