# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: 15-DCV-225745  COURT *(FOR CLERK USE ONLY)*: 240th

STYLED: Bryan Byrd vs. Michael T. Mayes & Celadon Trucking Services, Inc.
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

**Name:** Brian L. Jensen
**Email:** bjensen@bjensenlaw.com
**Address:** 6750 W. Loop S #800
**Telephone:** (713) 224-5500
**City/State/Zip:** Bellaire TX 77401
**Fax:** (713) 665-6818
**Signature:** /s/ Brian L. Jensen
**State Bar No:** 106436600

**Names of parties in case:**
Plaintiff(s)/Petitioner(s): Bryan Byrd
Defendant(s)/Respondent(s): Michael T. Mayes & Celadon Trucking Services, Inc.

**Person or entity completing sheet is:**
☒ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract — Debt/Contract**
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract:

**Foreclosure**
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract:

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation
- *Malpractice*
  - ☐ Accounting
  - ☐ Legal
  - ☐ Medical
  - ☐ Other Professional Liability:
- ☒ Motor Vehicle Accident
- ☐ Premises
- *Product Liability*
  - ☐ Asbestos/Silica
  - ☐ Other Product Liability
    List Product:
- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other:

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other:

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void
- *Divorce*
  - ☐ With Children
  - ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

### Tax
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

### Probate & Mental Health
*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings

- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):

- ☒ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100,000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

15-DCV-225745
2010CAIS
Case Information Sheet
3728831

FILED AUG 2015 3:30 P.M. District Clerk, Fort Bend Co., TX

DEFENDANT'S EXHIBIT B

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas.
This 12 day of September 20 15

ANNIE REBECCA ELLIOTT, DISTRICT CLERK

By _____ Deputy
Zenobio "Sonny" Garcia

Filed
8/19/2015 3:20:34 PM
Annie Rebecca Elliott
District Clerk
Fort Bend County, Texas
Ashley Alaniz

NO. 15-DCV-225745

| | | |
|---|---|---|
| BRYAN BYRD | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| MICHAEL T. MAYES AND | § | Fort Bend County - 240th Judicial District Court |
| CELADON TRUCKING SERVICES, INC. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Bryan Byrd complains of Defendants Michael T. Mayes and Celadon Trucking Services, Inc. and shows the following:

### Discovery Plan

1. Plaintiff requests discovery to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedures.

### Parties

2. Plaintiff Bryan Byrd (ss# xxx-xx-x880, Texas driver's license# xxxxx508) is a resident citizen of Richmond, Fort Bend County, Texas.

3. Defendant Michael T. Mayes is a resident citizen of Banner, Floyd County, Kentucky, specifically, 2882 Kentucky Route 1426, Banner, Kentucky 41603, and may be served with process by serving the Chairman of the Texas Transportation Commission at 125 E. 11th Street, Austin, Texas 78701, as Defendant's agent for service because Defendant was a party to a collision or an accident while operating a motor vehicle in Texas.

4. Defendant Celadon Trucking Services, Inc. is an Indiana corporation duly authorized to do business in the State of Texas and may be served with process by serving its registered agent National Corporate Research, Ltd located at 800 Brazos, Suite 400, Austin, Texas 78701.

## Venue

5. Venue is proper in Fort Bend County, Texas because the cause of action occurred in Fort Bend County, Texas.

## Facts

6. On July 23, 2015, Plaintiff was traveling southbound on Southwest Freeway in the left hand lane. Defendant Michael T. Mays was also traveling southbound on the Southwest Freeway in the right hand lane. Defendant failed to drive in a single land when he struck Plaintiff's vehicle. Plaintiff received serious injuries as a result.

7. This suit is brought in accordance with the laws of the State of Texas for the recovery of damages that Plaintiff is justly entitled to receive as compensation for the severe personal injuries sustained in an incident that occurred on the 7th day of January 2014 in Harris County, Texas. Plaintiff's injuries and resulting damages were brought about to occur, directly and proximately, by reason of the Defendant's negligence.

8. At the time of the incident, the individual involved in the control of the vehicle that made the basis of this lawsuit was an employee of Defendant Celadon Trucking Services, Inc. The acts of negligence committed by the employee arose directly out of and was done in prosecution of the business that he was employed to do by their employer, who is therefore liable under the *Doctrine of Respondeat Superior* for the negligent actions of its employees.

## Negligence

9. The Plaintiff's injuries and resulting damages were directly and proximately caused by the negligence of Defendant by:

   A. Failing to drive in a single lane;

   B. Failing to maintain a proper lookout;

   C. Failing to maintain proper control of Defendant's vehicle; and

   D. Failing to turn the vehicle to avoid the collision.

## Damages

10. As a result of Defendants' conduct, Plaintiff was severely injured. Plaintiff therefore seek to recover those damages provided by law, which include:

    a. Physical pain and mental anguish in the past, including the element of loss of enjoyment of life;

    b. Physical pain and mental anguish in the future, including the element of loss of enjoyment of life;

    c. Physical impairment in the past, including the element of loss of enjoyment of life;

    d. Physical impairment in the future, including the element of loss of enjoyment of life;

    e. Loss of earning capacity in the past;

    f. Loss of earning capacity in the future;

    g. Medical expenses in the past; and

    h. Medical expenses in the future.

11. Plaintiff seeks to recover property damage, loss of use and diminished value of his vehicle.

12. Pursuant to Rule 47 of the Texas Rules of Civil Procedure, this claim seeks only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney fees

### Documents

13. Plaintiff hereby gives actual notice to each party that any and all documents produced during discovery may be used against the party, and may produce the document at any pre-trial proceeding and/or trial of this matter without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

### Demand for Jury

14. Plaintiff demands a trial by jury.

### Prayer

Plaintiff requests that Defendants be cited to appear and answer, and that upon final trial, Plaintiff have judgment against Defendants for the full amount of his damages, with pre-judgment interest and post-judgment interest, for costs of Court, and for such other and further relief, special and general, at law and in equity, to which he may be entitled.

Respectfully submitted,

BY: _____
BRIAN L. JENSEN, #10643600
B. L. JENSEN, L.P.
6750 West Loop South, Suite 800
Bellaire, Texas 77401
(713) 224-5500
(713) 665-6818 Facsimile

*Attorney for Plaintiff*

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas.
This 17 day of September 20 15

ANNIE REBECCA ELLIOTT, DISTRICT CLERK
By _____ Deputy
Zenobio "Sonny" Garcia



# ANNIE REBECCA ELLIOTT
## Fort Bend County District Clerk
### 301 Jackson, Richmond, TX 77469

## REQUEST FOR PROCESS
All sections must be completed for processing this request.

**Section 1:**
Cause No. 15-DCV-225745   Date 8-18-2015
Style: 240th

Bryan Byrd
VS
Michael T. Mayes and Celadon Trucking Services, Inc.

**Section 2:**
## Check Process Type:

☑ Citation ☐ Precept to Serve / Notice of Hearing ☐ Temporary Restraining Order

☐ Application for Protective Order / Temporary (Ex Parte) Protective Order

☐ Notice of Registration of Foreign Judgment ☐ Citation by Posting

☐ Writ of _____ ☐ Other _____

☐ Citation by Publication* - Newspaper: _____

* (All publications are sent to: India Herald Inc. 10701 Corporate Drive, Suite 282 • Sugar Land, Texas 77487)

* (Unless another newspaper is specified – FBC Constable will only serve within their jurisdiction.)

### APPLICATION OF ISSUANCE OF SUBPOENA MUST BE SUBMITTED ON A SEPARATE FORM

**Section 3:**
**Title of Document/Pleading to be attached for service:** Plaintiff's Original Petition

**Note: You must furnish one copy of the document/pleading for each party served**

**Section 4: PARTIES TO BE SERVED** (Please type or print):

1. Name: Michael T. Mayes
   Address: c/o Chairman of the Texas Transportation Commission, 125 E. 11th Street
   City: Austin      State: TX      Zip: 78701

2. Name: Celadon Trucking Services, Inc.
   Address: c/o National Corporate Research, Ltd, 800 Brazos, Ste 400
   City: Austin      State: TX      Zip: 78701

Request Process Form   15-DCV-225745
Revised: 2011/08      REQU                2 of 2
                      Request
                      3726832

3. Name: _____

   Address: _____

   City: _____ State: _____ Zip: _____

4. Name: _____

   Address: _____

   City: _____ State: _____ Zip: _____

5. Name: _____

   Address: _____

   City: _____ State: _____ Zip: _____

**Section 5**

**Check Service Type:**

- ☐ No Service
- ☐ Sheriff
- ☐ Constable Pct. _____
- ☐ Out of State
- ☑ Certified Mail
- ☐ Secretary of State
- ☐ Commissioner of Insurance
- ☐ Out of County
- ☐ Private Process
- ☐ Registered Mail (Out of Country)

Section 6 (**ONLY** if Section 7 does not apply)

**Attorney Name:** Brian Jensen     B.L. Jensen, LP

Address: 6750 West Loop South   Ste 800
         _____Street/P.O. Box_____

   Bellaire              Texas              77401
   City                  State              Zip

Attorney's Telephone No. (713) 224-6500   Attorney's Bar No. 10643600

Section 7 (**ONLY** if Section 6 does not apply)

**Pro-Se Name:** _____

Address: _____
         Street/P.O. Box

   _____      _____
   City                      State

Telephone No. _____

**Section 8**

**Check Delivery Type:**

- ☐ Hold for pick up   ☐ Mail to Attorney   ☐ Mail to Pro-Se Party

Request Process Form
Revised: 2011/08

2 of 2

FILED AUG 18 2015
Clerk District Court, Fort Bend Co., TX

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas. This 17 day of September 20 15

ANNIE REBECCA ELLIOTT, DISTRICT CLERK

_____ Deputy
Senobio "Sonny" Garcia