Filed
9/11/2015 2:16:46 PM
Annie Rebecca Elliott
District Clerk
Fort Bend County, Texas
Erica Rodriguez

CAUSE NO. 15-DCV-225745

| | | |
|---|---|---|
| BRYAN BYRD | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | |
| | § | FORT BEND COUNTY, TEXAS |
| MICHAEL T. MAYES AND | § | |
| CELADON TRUCKING SERVICES, INC. | § | 240TH JUDICIAL DISTRICT |

## DEFENDANTS MICHAEL T. MAYES AND CELADON TRUCKING SERVICES, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE & JURY DEMAND

COME NOW, Defendants, Michael T. Mayes and Celadon Trucking Services, Inc. (hereinafter referred to as "Defendants"), in the above-entitled and numbered cause and files this their Original Answer to Plaintiff's Original Petition. In support of same, Defendants would respectfully show unto this Honorable Court the following:

### I.
### GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendants enter a general denial of the matters pled by Plaintiff and demands strict proof thereof that this claim be denied and dismissed in its entirety.

### II.
### COMPARATIVE FAULT

Specially answering, Defendants state that on the occasion in question, Plaintiff, BRYAN BYRD, failed to exercise that degree of care which a person of ordinary care would have exercised in the same or similar circumstances, and that such failure proximately caused the alleged injuries.



## III.
## PAID VS. INCURRED

Pleading further, Defendants, still urging and relying on the matters set forth above, asserts that to the extent Plaintiff's medical specials exceed the amount actually paid on a Plaintiff's behalf, Defendants assert the statutory defense set forth in Section 41.105 of the Texas Civil Practice & Remedies Code. Therefore, recovery of medical or healthcare expenses incurred by Plaintiff is limited to the amount actually paid by or on behalf of a Plaintiff.

## IV.
## WAGES TAXABLE

To the extent that Plaintiff is alleging lost wages or loss of earning capacity as a result of the accident in question, Defendants would show that such recovery is limited to post-tax earnings or net earnings figured pursuant to the Texas Civil Practices and Remedies Code and other applicable statutes and/or case law.

## V.
## REQUEST FOR DISCLOSURE

In accordance with the Rule 194 of the Texas Rules of Civil Procedure, Defendants hereby propounds Requests for Disclosure upon the Plaintiff.

## VI.
## JURY DEMAND AND PAYMENT OF JURY FEE

Pursuant to TEX. R. CIV. P. 216, Defendants hereby demand a trial by jury. Payment of the jury fee is attached.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants, MICHAEL T. MAYES and CELADON TRUCKING SERVICES, INC., prays that Plaintiff, BRYAN BYRD, take nothing by virtue of his claims and causes of action against Defendants, that Defendants recover their attorney's

2

fees and costs of court, and for such other and further relief, whether general or special, legal or equitable, to which Defendants may show that they are justly entitled to receive.

Respectfully submitted,

BAIRHILTY, P.C.

_____
RONALD L. BAIR
State bar No. 01554900
WENDI ERVIN
State bar No. 06651220
14711 Pebble Bend Drive
Houston, Texas 77068
Telephone: (713)862-5599
Facsimile: (713)868-9444
Email: rbair@bairhilty.com
Email: wervin@bairhilty.com
**ATTORNEYS FOR DEFENDANTS,
MICHAEL T. MAYES AND
CELADON TRUCKING SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record in the manner required by the Rules, on this the ___ day of September, 2015.

Brian L. Jensen                                            via Facsimile: 713-665-6818
B.L. Jensen, L.P.
6750 West Loop South, Suite 800
Bellaire, Texas 77401

_____
Ronald L. Bair
Wendi R. Ervin

3

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas.
This 17 day of September 20 15

ANNIE REBECCA ELLIOTT, DISTRICT CLERK
By_____ Deputy
Senobio "Sonny" Garcia