United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRYAN BYRD §§§ *Plaintiff* § VS. §§ MICHAEL T. MAYES and § CELADON TRUCKING SERVICES, § INC. §§ *Defendants* § | CIVIL ACTION NO. 4:15-CV-02792 |

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Before the Court is Plaintiff's Unopposed/Agreed Motion to Remand. The Plaintiff seeks remand of the case to the State Court in Fort Bend County, Texas. Procedurally, the Plaintiff points out the failure to meet the amount in controversy requirements of 28 U.S.C. § 1332(a).

Accordingly, it is **ORDERED** that Plaintiff's Unopposed/Agreed Motion to Remand [dkt. # 6] is **GRANTED**.

It is further **ORDERED** that this matter is **REMANDED** to the 240th Judicial District Court of Fort Bend County, Texas.

Signed on January 19, 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE